Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29540−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F. Ackerman<br>293 Front St<br>Atco, NJ 08004 | Dawn M. Ackerman<br>293 Front St<br>Atco, NJ 08004 |

Social Security No.:
 xxx−xx−0124                                                          xxx−xx−3065

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/18/19
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 16, 2019
JAN: lgr

                                                                      Jeanne Naughton
                                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
William F. Ackerman
Dawn M. Ackerman
    Debtors

Case No. 19-29540-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Oct 16, 2019
                      Form ID: 132     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
```
db/jdb         +William F. Ackerman,   Dawn M. Ackerman,    293 Front St,   Atco, NJ 08004-1959
518514052      +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514060      +Laboratory Corporation of America,   PO Box 2240,   Burlington, NC 27216-2240
518514063      +Remex,   307 Wall St,   Princeton, NJ 08540-1515
518514064      +Remex,   Attn: Bankruptcy,   307 Wall St,   Princeton, NJ 08540-1515
518514065      +South Jersey Gastroenterology PA,   406 Lippincott Dr, Ste E,   Marlton, NJ 08053-4168
518514068      +South Jersey Radiology,   PO Box 1710,   Voorhees, NJ 08043-7710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518514046       E-mail/Text: clientrep@capitalcollects.com Oct 17 2019 00:22:12     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091
518514047       E-mail/Text: clientrep@capitalcollects.com Oct 17 2019 00:22:12     Capital Collection Service,
                 Attn: Bankruptcy,   PO Box 150,   West Berlin, NJ 08091
518514048       E-mail/Text: clientrep@capitalcollects.com Oct 17 2019 00:22:12     Capital Collection Services,
                 Attn: Bankruptcy,   Po Box 150,   West Berlin, NJ 08091
518514049      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 17 2019 00:22:00
                 Credit Collection Service,   Po Box 773,   Needham, MA 02494-0918
518514050      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2019 00:20:40     Ditech Financial Llc,
                 Po Box 6172,   Rapid City, SD 57709-6172
518514051      +E-mail/Text: bknotice@ercbpo.com Oct 17 2019 00:21:18     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518514059       E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:28     Internal Revenue Service,
                 Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
518514061      +E-mail/Text: Bankruptcies@nragroup.com Oct 17 2019 00:22:11     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
518514062       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2019 00:17:47
                 Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
518514070      +E-mail/Text: appebnmailbox@sprint.com Oct 17 2019 00:21:07     Sprint,   PO Box 105243,
                 Atlanta, GA 30348-5243
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518514053*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514054*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514055*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514056*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514057*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514058*     +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518514066*     +South Jersey Gastroenterology PA,   406 Lippincott Dr, Ste E,   Marlton, NJ 08053-4168
518514067*     +South Jersey Gastroenterology PA,   406 Lippincott Dr, Ste E,   Marlton, NJ 08053-4168
518514069*     +South Jersey Radiology,   PO Box 1710,   Voorhees, NJ 08043-7710
                                                                                 TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: 132               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:

          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Lee Martin Perlman    on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com
          Lee Martin Perlman    on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                     TOTAL: 4