| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>New Residential Mortgage, LLC |

Order Filed on December 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Dawn M. Ackerman, William F. Ackerman<br><br>Debtors. | Case No.: 19-29540 ABA<br>Adv. No.:<br>Hearing Date: 12/18/19 @ 9:00 a.m.<br><br>Judge: Andrew B. Altenburg |
|---|---|

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:   Dawn M. Ackerman, William F. Ackerman
Case No.:   19-29540 ABA
Caption:   **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Residential Mortgage, LLC, holder of a mortgage on real property located at 293 Front Street, Atco, NJ, 08004, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esquire, attorney for Debtors, Dawn M. Ackerman and William F. Ackerman, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed through the Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
William F. Ackerman
Dawn M. Ackerman
    Debtors

Case No. 19-29540-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.
db/jdb         +William F. Ackerman,    Dawn M. Ackerman,    293 Front St,    Atco, NJ 08004-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Federal National Mortgage Association
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Kevin Gordon McDonald    on behalf of Creditor    Federal National Mortgage Association
             kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
            Lee Martin Perlman    on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com,
             mcdoherty@ecf.courtdrive.com
            Lee Martin Perlman    on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com,
             mcdoherty@ecf.courtdrive.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6