UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ  08003
856-751-4224
Attorney for DEBTORS

Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

RE:  WILLIAM & DAWN ACKERMAN

Case No.:  19-29540

Chapter 13

Hearing Date:  2/4/20

Judge:  Andrew B. Altenburg, Jr.

# ORDER TO CONDUCT 341(A) OVER THE TELEPHONE

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: February 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NJ  08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTORS, WILLIAM & DAWN ACKERMAN**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| WILLIAM & DAWN ACKERMAN, | CASE NO.:  19-29540-ABA |
| DEBTORS | **ORDER TO CONDUCT 341(A) OVER THE TELEPHONE** |

This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the Debtor(s), and for good cause shown;

IT IS HEREBY ORDERED that the 341(a) Meeting of Creditors will be held telephonically for William Ackerman only, on a future date and time that is convenient for all parties. Joint debtor, Dawn Ackerman will appear in person at the Trustee's office.

The Phone Conference shall be initiated and paid for by Debtor's Attorney.