UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ  08003
856-751-4224
Attorney for DEBTORS

Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

RE:  WILLIAM & DAWN ACKERMAN

Case No.:  19-29540

Chapter 13

Hearing Date:  2/4/20

Judge:  Andrew B. Altenburg, Jr.

## ORDER TO CONDUCT 341(A) OVER THE TELEPHONE

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: February 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NJ  08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTORS, WILLIAM & DAWN ACKERMAN**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| WILLIAM & DAWN ACKERMAN, | CASE NO.:  19-29540-ABA |
| DEBTORS | **ORDER TO CONDUCT 341(A) OVER THE TELEPHONE** |

    This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the Debtor(s), and for good cause shown;

    IT IS HEREBY ORDERED that the 341(a) Meeting of Creditors will be held telephonically for William Ackerman only, on a future date and time that is convenient for all parties. Joint debtor, Dawn Ackerman will appear in person at the Trustee's office.

    The Phone Conference shall be initiated and paid for by Debtor's Attorney.

2

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                                  Case No. 19-29540-ABA
William F. Ackerman                                                     Chapter 13
Dawn M. Ackerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 04, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db/jdb         +William F. Ackerman,    Dawn M. Ackerman,    293 Front St,    Atco, NJ 08004-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Federal National Mortgage Association
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Federal National Mortgage Association
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6