Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29540−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William F. Ackerman    Dawn M. Ackerman
   293 Front St    293 Front St
   Atco, NJ 08004    Atco, NJ 08004

Social Security No.:
   xxx−xx−0124    xxx−xx−3065

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 5, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 5, 2020
JAN: bc

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William F. Ackerman  
Dawn M. Ackerman  
    Debtor(s)

Case No. 19-29540-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Oct 05, 2020     Form ID: 148     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Ackerman, Dawn M. Ackerman, 293 Front St, Atco, NJ 08004-1959 |
| 518602293 | | Emergency Physician Associate of S. Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518523604 | + | Federal National Mortgage Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518514060 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 518532116 | + | Lee S Dennison P.C, 231 High St, MT Holly NJ 08060-1450 |
| 518632253 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518514063 | + | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514064 | + | Remex, Attn: Bankruptcy, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514065 | + | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514068 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Oct 06 2020 01:33:00 | IRS Department of Treasury, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 518611996 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2020 22:18:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514047 | + | Email/Text: clientrep@capitalcollects.com | Oct 05 2020 21:44:00 | Capital Collection Service, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514046 | + | Email/Text: clientrep@capitalcollects.com | Oct 05 2020 21:44:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514048 | + | Email/Text: clientrep@capitalcollects.com | Oct 05 2020 21:44:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518514049 | + | EDI: CCS.COM | Oct 06 2020 01:33:00 | Credit Collection Service, Po Box 773, Needham, MA 02494-0918 |
| 518514051 | + | Email/Text: bknotice@ercbpo.com | Oct 05 2020 21:43:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518514052 | + | EDI: IIC9.COM | Oct 06 2020 01:33:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514061 | + | Email/Text: Bankruptcies@nragroup.com | | |

Case 19-29540-ABA    Doc 28    Filed 10/07/20    Entered 10/08/20 00:32:51    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | Oct 05 2020 21:44:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 518514062 | | EDI: PRA.COM | Oct 06 2020 01:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518628828 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2020 22:18:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514070 | + | EDI: NEXTEL.COM | Oct 06 2020 01:33:00 | Sprint, PO Box 105243, Atlanta, GA 30348-5243 |
| 518515738 | + | EDI: RMSC.COM | Oct 06 2020 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518514053 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514054 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514055 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514056 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514057 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514058 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514059 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518749125 | * | Internal Revenue Services, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518514066 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514067 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514069 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518514050 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |
| jdb | *+ | Dawn M. Ackerman, 293 Front St, Atco, NJ 08004-1959 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal National Mortgage Association dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 148 | Total Noticed: 25 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Federal National Mortgage Association kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7