Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street

Camden, NJ 08102

_____

Case No.:  19−29540−ABA

Chapter:  13

Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F. Ackerman | Dawn M. Ackerman |
| 293 Front St | 293 Front St |
| Atco, NJ 08004 | Atco, NJ 08004 |

Social Security No.:

xxx−xx−0124                          xxx−xx−3065

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                12/16/20

Time:                09:00 AM

Location:                Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 10, 2020

JAN: bc

Jeanne Naughton

Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-29540-ABA

William F. Ackerman                                                                    Chapter 13

Dawn M. Ackerman

     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 132 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Ackerman, Dawn M. Ackerman, 293 Front St, Atco, NJ 08004-1959 |
| 518602293 | | Emergency Physician Associate of S. Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518523604 | + | Federal National Mortgage Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518514052 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514060 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 518532116 | + | Lee S Dennison P.C, 231 High St, MT Holly NJ 08060-1450 |
| 518632253 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518514063 | + | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514064 | + | Remex, Attn: Bankruptcy, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514065 | + | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514068 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2020 22:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2020 22:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2020 22:31:00 | IRS Department of Treasury, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 518611996 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2020 22:51:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514047 | + | Email/Text: clientrep@capitalcollects.com | Nov 10 2020 22:33:00 | Capital Collection Service, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514046 | + | Email/Text: clientrep@capitalcollects.com | Nov 10 2020 22:33:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514048 | + | Email/Text: clientrep@capitalcollects.com | Nov 10 2020 22:33:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518514049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 10 2020 22:33:00 | Credit Collection Service, Po Box 773, Needham, MA 02494-0918 |
| 518514051 | + | Email/Text: bknotice@ercbpo.com | Nov 10 2020 22:32:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518514061 | + | Email/Text: Bankruptcies@nragroup.com | Nov 10 2020 22:33:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |

District/off: 0312-1                                      User: admin                                          Page 2 of 3
Date Rcvd: Nov 10, 2020                                 Form ID: 132                                       Total Noticed: 25

| 518514062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 10 2020 22:53:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518628828 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 10 2020 22:52:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514070 | + | Email/Text: appebnmailbox@sprint.com | |
| | | Nov 10 2020 22:32:00 | Sprint, PO Box 105243, Atlanta, GA 30348-5243 |
| 518515738 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Nov 10 2020 22:52:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518514053 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514054 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514055 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514056 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514057 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514058 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514059 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518749125 | * | Internal Revenue Services, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518514066 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514067 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514069 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518514050 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Federal National Mortgage Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | |

District/off: 0312-1
Date Rcvd: Nov 10, 2020

User: admin
Form ID: 132

Page 3 of 3
Total Noticed: 25

on behalf of Creditor Federal National Mortgage Association kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman

on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7