Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29540−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F. Ackerman<br>293 Front St<br>Atco, NJ 08004 | Dawn M. Ackerman<br>293 Front St<br>Atco, NJ 08004 |

Social Security No.:
  xxx−xx−0124                                                    xxx−xx−3065

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 28, 2021.

Dated: January 28, 2021
JAN: cmf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 19-29540-ABA
William F. Ackerman                                                                  Chapter 13
Dawn M. Ackerman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jan 28, 2021      Form ID: plncf13      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Ackerman, Dawn M. Ackerman, 293 Front St, Atco, NJ 08004-1959 |
| 518602293 | | Emergency Physician Associate of S. Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518523604 | + | Federal National Mortgage Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518514052 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514060 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 518532116 | + | Lee S Dennison P.C, 231 High St, MT Holly NJ 08060-1450 |
| 518632253 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518514063 | + | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514064 | + | Remex, Attn: Bankruptcy, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514065 | + | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514068 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2021 22:03:00 | IRS Department of Treasury, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 518611996 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:20:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514047 | + | Email/Text: clientrep@capitalcollects.com | Jan 28 2021 22:05:00 | Capital Collection Service, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514046 | + | Email/Text: clientrep@capitalcollects.com | Jan 28 2021 22:05:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514048 | + | Email/Text: clientrep@capitalcollects.com | Jan 28 2021 22:05:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518514049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 28 2021 22:05:00 | Credit Collection Service, Po Box 773, Needham, MA 02494-0918 |
| 518514051 | + | Email/Text: bknotice@ercbpo.com | Jan 28 2021 22:04:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518514061 | + | Email/Text: Bankruptcies@nragroup.com | Jan 28 2021 22:05:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |

Case 19-29540-ABA    Doc 39    Filed 01/30/21    Entered 01/31/21 00:17:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: plncf13 | Total Noticed: 25 |

| 518514062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|---|
| | | | Jan 28 2021 23:20:01 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518628828 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 28 2021 23:19:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514070 | + | Email/Text: appebnmailbox@sprint.com | | |
| | | | Jan 28 2021 22:04:00 | Sprint, PO Box 105243, Atlanta, GA 30348-5243 |
| 518515738 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 28 2021 23:20:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518514053 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514054 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514055 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514056 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514057 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514058 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514059 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518749125 | * | Internal Revenue Services, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518514066 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514067 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514069 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518514050 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal National Mortgage Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Jan 28, 2021 Form ID: plncf13 Total Noticed: 25

                on behalf of Creditor Federal National Mortgage Association kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman

                on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com
                mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

                on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com
                mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Phillip Andrew Raymond

                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com
                mccallaecf@ecf.courtdrive.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8