| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William F. Ackerman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0124<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dawn M. Ackerman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3065<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–29540–ABA | | |

## Order of Discharge                                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William F. Ackerman                                      Dawn M. Ackerman

7/2/24                                                                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                  **Chapter 13 Discharge**                                  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-29540-ABA
William F. Ackerman     Chapter 13
Dawn M. Ackerman
     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 02, 2024 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Ackerman, Dawn M. Ackerman, 293 Front St, Atco, NJ 08004-1959 |
| 518514050 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 518523604 | + | Federal National Mortgage Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518532116 | + | Lee S Dennison P.C, 231 High St, MT Holly NJ 08060-1450 |
| 518514065 | + | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Jul 03 2024 00:31:00 | IRS Department of Treasury, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 518611996 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 20:43:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514047 | + | Email/Text: amanda@cascollects.com | Jul 02 2024 20:39:00 | Capital Collection Service, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514046 | + | Email/Text: amanda@cascollects.com | Jul 02 2024 20:39:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 518514048 | + | Email/Text: amanda@cascollects.com | Jul 02 2024 20:39:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518514049 | + | EDI: CCS.COM | Jul 03 2024 00:31:00 | Credit Collection Service, Po Box 773, Needham, MA 02494-0918 |
| 518514051 | + | Email/Text: bknotice@ercbpo.com | Jul 02 2024 20:39:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518602293 | | Email/Text: BNCnotices@dcmservices.com | Jul 02 2024 20:38:00 | Emergency Physician Associate of S. Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518514052 | + | EDI: LCIICSYSTEM | Jul 03 2024 00:31:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514060 | | Email/Text: govtaudits@labcorp.com | Jul 02 2024 20:38:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 518514061 | + | Email/Text: Bankruptcies@nragroup.com | Jul 02 2024 20:39:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518632253 | | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2024 20:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518514062 | | EDI: PRA.COM | Jul 03 2024 00:31:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518628828 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 20:54:19 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518514063 | + | Email/Text: clientservices@remexinc.com | Jul 02 2024 20:38:00 | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514064 | + | Email/Text: clientservices@remexinc.com | Jul 02 2024 20:38:00 | Remex, Attn: Bankruptcy, 307 Wall St, Princeton, NJ 08540-1515 |
| 518514070 | | EDI: AISSPRINT | Jul 03 2024 00:31:00 | Sprint, PO Box 105243, Atlanta, GA 30348 |
| 518514068 | ^ | MEBN | Jul 02 2024 20:39:06 | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518515738 | ^ | MEBN | Jul 02 2024 20:38:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518514053 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514054 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514055 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514056 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514057 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514058 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518514059 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518749125 | * | Internal Revenue Services, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518514066 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514067 | *+ | South Jersey Gastroenterology PA, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518514069 | *+ | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0312-1  User: admin  Page 3 of 3
Date Rcvd: Jul 02, 2024  Form ID: 3180W  Total Noticed: 26

| Name | Details |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Federal National Mortgage Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal National Mortgage Association kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kimwilson@raslg.com |
| Lee Martin Perlman | on behalf of Debtor William F. Ackerman ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Dawn M. Ackerman ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10