Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  19−29540−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| William F. Ackerman | Dawn M. Ackerman |
|---|---|
| 293 Front St | 293 Front St |
| Atco, NJ 08004 | Atco, NJ 08004 |

Social Security No.:
  xxx−xx−0124                                 xxx−xx−3065

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 2, 2024</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court